**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| Rachel Nelson | MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| PLAINTIFF(S), | |
| v. | Civil Action No.: ________________ |
| 3M COMPANY. | |
| DEFENDANT. | |

**MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND**

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 5, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint against Defendant 3M Company only. As necessary herein, Plaintiff(s) may include:

(a) additional claims and allegations against Defendant, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I. DEFENDANT

1. Plaintiff(s) name(s) the following Defendant in this action:

__X__ 3M Company

## II. PLAINTIFF(S)

2. Name of Plaintiff:

| |
|---|
| Rachel Nelson |

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

| |
|---|
| |

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

| |
|---|
| |

2. State(s) of residence of Plaintiff(s):

| |
|---|
| GA |

## I. JURISDICTION

3. Basis for jurisdiction (diversity of citizenship or other):

| |
|---|
| Diversity of citizenship |

4. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

| |
|---|
| District of Delaware<br>*Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete. |

## II. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

5. Plaintiff used the Dual-Ended Combat Arms Earplug:

__X__ Yes

______ No

## III. INJURIES

6. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

______ Hearing loss

______ Sequelae to hearing loss

__X__ Other [specify below]

| |
|---|
| Tinnitus |

## I. CAUSES OF ACTION

2. Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

__X__ Count I – Design Defect – Negligence

__X__ Count II – Design Defect – Strict Liability

__X__ Count III – Failure to Warn – Negligence

__X__ Count IV – Failure to Warn – Strict Liability

__X__ Count V – Breach of Express Warranty

__X__ Count VI – Breach of Implied Warranty

__X__ Count VII – Negligent Misrepresentation

__X__ Count VIII – Fraudulent Misrepresentation

__X__ Count IX – Fraudulent Concealment

__X__ Count X – Fraud and Deceit

__X__ Count XI – Gross Negligence

__X__ Count XII – Negligence Per Se

__X__ Count XIII – Consumer Fraud and/or Unfair Trade Practices

______ Count XIV – Loss of Consortium

__X__ Count XV – Unjust Enrichment

__X__ Count XVI – Punitive Damages

_______ Count XVII – Other [specify below]

2. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

3. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

2. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: 1/10/2023

/s/ Frederick T. Kuykendall III

Frederick T. Kuykendall III
AL Bar No. ASB4462A59F
The Kuykendall Group, LLC
ftk@thekuykendallgroup.com
356 Morphy Ave Suite B #8
Fairhope, AL 36532
Phone: (205) 252-6127
Facsimile: (205) 449-1132

Attorney for Plaintiff